200 U. S. Cases Disposed of Without Consideration by the Court.

No. 597. David Kawamanakoa et al., Appellants, *v.* Ellen Albertino Polyblank, etc., et al. Appeal from the Supreme Court of the Territory of Hawaii. February 19, 1906. Docketed and dismissed with costs, on motion of *Mr. A. B. Browne* for the appellees. No one opposing.

---

No. 263. The Lake Erie Provision Company, Plaintiff in Error, *v.* C. H. Wessells et al. In error to the Circuit Court of the United States for the Northern District of Ohio. February 19, 1906. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Newton D. Baker* for plaintiff in error. No appearance for defendants in error.